# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANE SMITH

VERSUS

ABC ORGANIZATION AND DEF
ORGANIZATION

NO.  2024 CW 0518

**AUGUST 23, 2024**

---

In Re:   Community School for Apprenticeship Learning, Inc.,
         D/B/A Madison Preparatory Academy, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 709862.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DISMISSED.** This writ application is dismissed without
prejudice pursuant to relator's June 25, 2024 voluntary motion to
dismiss advising it wishes to dismiss the writ application without
prejudice.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
   FOR THE COURT